# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Byer Clinic of Chiropractic, Ltd.
                            Plaintiff,

v.                                    Case No.: 1:19−cv−05080
                                      Honorable Rebecca R. Pallmeyer

Research America, Inc.
                            Defendant.


# NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, March 3, 2021:


   MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to parties' joint stipulation of voluntary dismissal, this case is dismissed with prejudice as to Plaintiff's individual claims, and without prejudice as to class allegations. All pending hearings are stricken. Civil case terminated. Notices mailed by judge's staff (ntf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.